No. 10–8241. BELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8243. FRANKS *v.* LINDAMOOD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–8244. HENNING *v.* COOPER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–8246. VASQUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8247. SEARS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–8251. DAVIES, AKA DAVIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8252. DUNIGAN *v.* SUPERIOR COURT OF CALIFORNIA, SACRAMENTO COUNTY, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 10–8253. COOPER *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 10–8254. FEIGER *v.* HICKMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8256. HARRIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8258. OLEA-CORONADO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–8265. CECIL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–8270. CHATMAN *v.* NORMAN, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–8271. GARZA-CASTANEDA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8277. YARBROUGH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.